IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRIAN RICHARDSON, | CASE NO. 7:17CV00447 |
| Plaintiff, | |
| v. | FINAL ORDER |
| UNKNOWN, | By: Glen E. Conrad |
| | United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's submission (ECF No. 1) is **CONSTRUED** as a civil rights complaint under 42 U.S.C. § 1983 against Officer Baker, who will be substituted as the defendant on the court's docket; plaintiff's motion to amend (ECF No. 9) is **GRANTED**; the civil action as amended is summarily **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous; and the clerk will close the case.

**ENTER:** This 23rd day of October, 2017.

_____
United States District Judge